## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melissa L. Mitchell<br>Stephen R. Mitchell<br><br>Debtor(s)<br><br>MIDFIRST BANK,<br>its successors and/or assigns<br><br>Movant<br><br>v.<br><br>Stephen R. Mitchell<br>Melissa L. Mitchell<br><br>Respondent(s)<br><br>and<br><br>Eric E. Bononi, Trustee<br><br>Additional Respondent | BK. NO. 23-70313 JAD<br><br>CHAPTER 7<br>Related to ECF No. 26<br>Hearing: January 2, 2024 at 10 a.m.<br><br>**DEFAULT O/E JAD** |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 28th day of December, 2023, at Pittsburgh, upon Motion of MIDFIRST BANK, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 864 Ferndale Avenue, Johnstown, PA 15905 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee, and U.S. Trustee. Movant shall file a certificate of service within three (3) days hereof.

JEFFERY A. DELLER
United States Bankruptcy Judge

FILED
12/28/23 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Administrator to serve:
Brian Nicholas, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Steven R. Mitchell  
Melissa L. Mitchell  
    Debtors

Case No. 23-70313-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 2  
Date Rcvd: Dec 28, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven R. Mitchell, Melissa L. Mitchell, 864 Ferndale Avenue, Johnstown, PA 15905-4033 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 30, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2023 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com

Eric E. Bononi  
     bankruptcy@bononilaw.com  pa69@ecfcbis.com

Jeffrey Hunt  
     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Lawrence W. Willis  
     on behalf of Debtor Steven R. Mitchell ecf@westernpabankruptcy.com  
     urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis  
     on behalf of Joint Debtor Melissa L. Mitchell ecf@westernpabankruptcy.com  
     urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 28, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6